AMY L. GOLDMAN,
Marisol.Jaramillo@lewisbrisbois.com
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: 213.250.1800
Facsimile:  213.250.7900

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA DIVISION

SAN FERNANDO VALLEY DIVISION

| In re | Case No. 1:22-bk-10283-MB |
|---|---|
| Lusine Cristine Dokuzyan, | Chapter 7 |
| Debtors. | **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO RELEASE DOCUMENTS** |
| | [11 U.S.C. § 704(a)(7)] |
| | [No Hearing Required] |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Amy L. Goldman, the Chapter 7 Trustee (the "Trustee") for the estate of Lusine Cristine Dokuzyan (the "Debtor"), intends to release certain account statements of the Debtor to Hovanes John Tonoyan, in accordance with 11 U.S.C. § 704(a)(7), which provides that the Trustee shall: "unless the court orders otherwise, furnish such information concerning the estate and the estate's administration as is requested by a party in interest." Specifically, Hovanes John Tonoyan on behalf of himself, has requested copies of all documents and records produced by the Debtor to the Trustee during the course of the Trustee's investigation of the Debtor's assets and liabilities (the "Documents").

**PLEASE TAKE FURTHER NOTICE THAT** the Trustee intends to release the Documents to Hovanes John Tonoyan unless a motion for a protective order is filed within 14 days after service of this Notice, and the Bankruptcy Court enters an order prohibiting production of the Documents.

Dated: June 29, 2022                    */s/ Amy L. Goldman*
                                        Amy L. Goldman, Chapter 7 Trustee

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 633 W. 5th Street, Suite 4000, Los Angeles, California 90071

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO RELEASE DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **CHAPTER 7 TRUSTEE Amy L Goldman (TR)**   marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **DEBTOR ATTORNEY Sevan Gorginian**   sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **UNITED STATES TRUSTEE  United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On  June 29, 2022  I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR**
Lusine Cristine Dokuzyan
7635 Bluebell Ave.
North Hollywood, CA 91605

☐ Service information continued on attached page

**3. OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 29, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**CREDITOR** Hovanes John Tonoyan - Via Email: hoviktonoyan@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 29, 2022 | Marisol Jaramillo | /s/ Marisol Jaramillo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE