Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor*

**FILED & ENTERED**

**JUL 25 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br><br><br>Debtor. | Case No.: 1:22-bk-10283-MB<br><br>Chapter 7<br><br>ORDER GRANTING *EX PARTE MOTION FOR ORDER TO CONTINUE HEARING ON DEBTOR'S MOTION FOR PROTECTIVE ORDER*<br><br><u>New Hearing</u><br>Date: August 31, 2022<br>Time: 2:30 p.m.<br>Place:  Courtroom 303<br>              21041 Burbank Boulevard<br>              Woodland Hills, CA 91367 |

On July 15, 2022, Debtor filed an *Ex Parte Motion for Order to Continue Hearing on Debtor's Motion for Protective Order* ("Ex Parte Motion") [Dkt. 23].

The Court, having reviewed the Ex Parte Motion and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Ex Parte Motion is granted,
2. The hearing for Debtor's Motion for Protective Order [Dkt. 20] will be heard on **August 31, 2022 at 2:30 P.M.**, and
3. No later than August 10, 2022, Debtor shall file and give notice to all parties, including Hovanes Tonoyan, of this ex parte Order and shall file and serve on the chapter 7 trustee and Hovanes Tonoyan a *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video* with the connection information for August 31, 2022.

# # #

Date: July 25, 2022

*/s/ Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge