Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 N. Brand Blvd. Suite 600
Glendale, CA 91203
T: 818-928-4445 I F: 818-928-4450
sevan@gorginianlaw.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br>                              Debtor. | Case No.: 1:22-bk-10283-MB<br><br>Chapter 7<br><br>PROOF OF SERVICE OF ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO CONTINUE HEARING ON DEBTOR'S MOTION FOR PROTECTIVE ORDER<br><br>[*Supplemental Notice of Hearing to be Held Remotely Using ZoomGov Audio and Video* filed and served concurrently]<br><br>Hearing<br>Date: August 31, 2022<br>Time: 2:30 p.m.<br>Place: Courtroom 303 (Via ZoomGov)<br>       21041 Burbank Boulevard<br>       Woodland Hills, CA 91367 |

**TO THE HONORABLE MARTIN BARASH, U.S. BANKRUPTCY JUDGE, AND ALL PARTIES:**

Debtor Lusine Dokuzyan ("Debtor") files this proof of service to establish that Debtor served all parties, including the Chapter 7 Trustee and Hovanes Tonoyan, with the *Order Granting Ex Parte Motion for Order to Continue Hearing on Debtor's Motion for Protective Order* [Dkt. 24].

Date: July 26, 2022

                                                                       **Sevan Gorginian, Esq.**
                                                                       *Counsel for Debtor*

1

Main Document    Page 2 of 2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **450 North Brand Boulevard, Suite 600, Glendale, CA 91203.** A true and correct copy of the foregoing **ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO CONTINUE HEARING ON DEBTOR'S MOTION FOR PROTECTIVE ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/26/2022** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Amy L Goldman (TR)**   marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **Sevan Gorginian**   sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL:** On **7/26/2022** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hovanes John Tonoyan
6627 Beeman Avenue
North Hollywood, CA 91606

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  **7/26/2022**    **Ani Minasyan**             **/s/Ani Minasyan**