United States Bankruptcy Court
Central District of California

In re:                                                                                                                          Case No. 22-10283-MB
Lusine Cristine Dokuzyan                                                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1                                    User: admin                                                Page 1 of 1
Date Rcvd: Jul 25, 2022                          Form ID: pdf042                                         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2022                              Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Defendant Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| Sevan Gorginian | on behalf of Debtor Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 4

Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor*

**FILED & ENTERED**

**JUL 25 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Cetulio **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br>Debtor. | Case No.: 1:22-bk-10283-MB<br><br>Chapter 7<br><br>ORDER GRANTING *EX PARTE MOTION FOR ORDER TO CONTINUE HEARING ON DEBTOR'S MOTION FOR PROTECTIVE ORDER*<br><br><u>New Hearing</u><br>Date: August 31, 2022<br>Time: 2:30 p.m.<br>Place:  Courtroom 303<br>         21041 Burbank Boulevard<br>         Woodland Hills, CA 91367 |

- 1 -

On July 15, 2022, Debtor filed an *Ex Parte Motion for Order to Continue Hearing on Debtor's Motion for Protective Order* ("Ex Parte Motion") [Dkt. 23].

The Court, having reviewed the Ex Parte Motion and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Ex Parte Motion is granted,

2. The hearing for Debtor's Motion for Protective Order [Dkt. 20] will be heard on **August 31, 2022 at 2:30 P.M.**, and

3. No later than August 10, 2022, Debtor shall file and give notice to all parties, including Hovanes Tonoyan, of this ex parte Order and shall file and serve on the chapter 7 trustee and Hovanes Tonoyan a *Supplemental Notice of Hearing to Be Held Remotely Using ZoomGov Audio and Video* with the connection information for August 31, 2022.

### # # #

Date: July 25, 2022

Martin R Barash
United States Bankruptcy Judge