| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian (SBN 298986)<br>**Law Office of Sevan Gorginian**<br>450 N. Brand Boulevard, Suite 600<br>Glendale, California 91203<br>Tel: 818.928.4445 Fax: 818.928.4450<br>Email: sevan@gorginianlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br><br><br>Debtor(s) | CASE NO.: 1:22-bk-10283-MB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (***title of motion[1]***):**<br><br>"MOTION FOR PROTECTIVE ORDER" |
|---|---|

PLEASE TAKE NOTE that the order titled *Order Granting Debtor's Motion for Protective Order* was lodged on (*date*) September 2, 2022 and is attached. This order relates to the motion which is docket number   20  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: <br><br> LUSINE CRISTINE DOKUZYAN, <br><br> Debtor. | Case No.: 1:22-bk-10283-MB <br><br> Chapter 7 <br><br> ORDER GRANTING DEBTOR'S MOTION FOR PROTECTIVE ORDER <br><br><br> Date: August 31, 2022 <br> Time: 2:30 p.m. <br> Place: Courtroom 303 <br>       21041 Burbank Boulevard <br>       Woodland Hills, CA 91367 |

- 1 -

On August 31, 2022, the Court held the hearing of *Debtor's Motion for Protective Order* [Dkt. 20] ("Protective Motion"). Appearances are as noted on the Court's record of the hearing.

The Court, having reviewed the Protective Motion, *Plaintiff's Opposition to Defendant's Motion for Protective Order (in the BK case)* [Dkt. 29], filed on behalf of Creditor Hovanes Tonoyan ("Creditor"), *Debtor's Reply to Creditor's Opposition to Motion for Protective Order* [Dkt. 30], having heard the arguments of Creditor and counsel made at the hearing and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Protective Motion is granted.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

450 N. Brand Blvd., Suite 600, Glendale, CA 91203.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 2, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amy L Goldman (TR)**    marisol.jaramillo@lewisbrisbois.com, AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com
- **Sevan Gorginian**    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 2, 2022 | Ani Minasyan | /s/Ani Minasyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**