Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor*

**FILED & ENTERED**

**SEP 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**    **CHANGES MADE BY COURT**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>LUSINE CRISTINE DOKUZYAN,<br><br>Debtor. | Case No.: 1:22-bk-10283-MB<br><br>Chapter 7<br><br>ORDER GRANTING DEBTOR'S MOTION FOR PROTECTIVE ORDER<br><br><br>Date: August 31, 2022<br>Time: 2:30 p.m.<br>Place:  Courtroom 303<br>         21041 Burbank Boulevard<br>         Woodland Hills, CA 91367 |

- 1 -

On August 31, 2022, the Court held the hearing of *Debtor's Motion for Protective Order* [Dkt. 20] ("Protective Motion"). Appearances are as noted on the Court's record of the hearing.

The Court, having reviewed the Protective Motion, *Plaintiff's Opposition to Defendant's Motion for Protective Order (in the BK case)* [Dkt. 29], filed on behalf of Creditor Hovanes Tonoyan ("Creditor"), *Debtor's Reply to Creditor's Opposition to Motion for Protective Order* [Dkt. 30], having heard the arguments of Creditor and counsel made at the hearing and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Protective Motion is granted.
2. The chapter 7 trustee is directed to not provide documents to Mr. Tonoyan in response to his section 704(a)(7) requests as any discovery should be conducted in the pending adversary proceeding, *Tonoyan v. Dokuzyan*, 1:22-ap-01028-MB (the "Adversary Proceeding"). Nothing in this order restricts or limits Mr. Tonoyan's ability to conduct discovery in the Adversary.

###

Date: September 12, 2022

Martin R Barash
United States Bankruptcy Judge

- 2 -