United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 22-10283-MB |
| Lusine Cristine Dokuzyan | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 12, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

**Recip ID          Recipient Name and Address**
db                  + Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Defendant Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| Sevan Gorginian | on behalf of Debtor Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 4

Sevan Gorginian, Esq. (SBN 298986)
**Law Office of Sevan Gorginian**
450 North Brand Boulevard, Suite 600
Glendale, California 91203
**Tel**: 818.928.4445 | **Fax**: 818.928.4450
**Email**: sevan@gorginianlaw.com

*Attorney for Debtor*

**FILED & ENTERED**

**SEP 12 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Pgarcia **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CHANGES MADE BY COURT**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re: | Case No.: 1:22-bk-10283-MB |
| LUSINE CRISTINE DOKUZYAN, | Chapter 7 |
| Debtor. | ORDER GRANTING DEBTOR'S MOTION FOR PROTECTIVE ORDER |
| | Date: August 31, 2022<br>Time: 2:30 p.m.<br>Place: Courtroom 303<br>　　　21041 Burbank Boulevard<br>　　　Woodland Hills, CA 91367 |

- 1 -

On August 31, 2022, the Court held the hearing of *Debtor's Motion for Protective Order* [Dkt. 20] ("Protective Motion"). Appearances are as noted on the Court's record of the hearing.

The Court, having reviewed the Protective Motion, *Plaintiff's Opposition to Defendant's Motion for Protective Order (in the BK case)* [Dkt. 29], filed on behalf of Creditor Hovanes Tonoyan ("Creditor"), *Debtor's Reply to Creditor's Opposition to Motion for Protective Order* [Dkt. 30], having heard the arguments of Creditor and counsel made at the hearing and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Protective Motion is granted.
2. The chapter 7 trustee is directed to not provide documents to Mr. Tonoyan in response to his section 704(a)(7) requests as any discovery should be conducted in the pending adversary proceeding, *Tonoyan v. Dokuzyan*, 1:22-ap-01028-MB (the "Adversary Proceeding"). Nothing in this order restricts or limits Mr. Tonoyan's ability to conduct discovery in the Adversary.

###

Date: September 12, 2022

Martin R Barash
United States Bankruptcy Judge