United States Bankruptcy Court

Central District of California

In re:                                                                                                  Case No. 22-10283-MB

Lusine Cristine Dokuzyan                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1                          User: admin                                             Page 1 of 3
Date Rcvd: Oct 14, 2022                Form ID: ntcpdiv                                    Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002 |
| cr | + | Hovanes John Tonoyan, 6627 Beeman Ave, North Hollywood, CA 91606-1202 |
| 41131820 | + | Affirm Loan Services LLC, 650 California St., 12th Flr, San Francisco, CA 94108-2716 |
| 41120039 | + | Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030-5475 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Oct 15 2022 04:48:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Oct 15 2022 00:44:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |
| 41120025 | + | Email/PDF: bncnotices@becket-lee.com | Oct 15 2022 00:48:41 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41131819 | | Email/Text: gtercero@crossriver.com | Oct 15 2022 00:44:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 41120027 | + | EDI: CAPITALONE.COM | Oct 15 2022 04:43:00 | Capital One Bank USA, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 41120028 | + | EDI: CITICORP.COM | Oct 15 2022 04:43:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 41120029 | + | EDI: WFNNB.COM | Oct 15 2022 04:43:00 | Comenity Capital Bank (BK Dept), P.O. Box 182125, Columbus, OH 43218-2125 |
| 41120031 | | EDI: DISCOVER.COM | Oct 15 2022 04:43:00 | Discover Bank, P.O. Box 15316, Attn.: CMS/Prod. Develop., Wilmington, DE 19850 |
| 41120030 | + | EDI: CITICORP.COM | Oct 15 2022 04:43:00 | Department Store National Bank, PO BOX 8218, Mason, OH 45040 |
| 41120032 | ^ | MEBN | Oct 15 2022 00:38:53 | Equifax, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 41120033 | ^ | MEBN | Oct 15 2022 00:38:39 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 41120034 | + | EDI: CALTAX.COM | Oct 15 2022 04:48:00 | Franchise Tax Board, Bankruptcy Section MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41120036 | + | EDI: IRS.COM | | |

|  |  |  | Oct 15 2022 04:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
|---|---|---|---|---|
| 41120037 |  | EDI: JPMORGANCHASE | Oct 15 2022 04:43:00 | JPMCB Card Services, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 41120038 |  | EDI: JPMORGANCHASE | Oct 15 2022 04:43:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 41120040 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2022 00:45:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 41120041 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 15 2022 00:45:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 41120043 |  | EDI: PRA.COM | Oct 15 2022 04:43:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41120044 | + | EDI: RMSC.COM | Oct 15 2022 04:43:00 | Syncb/PayPal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 41120045 | + | EDI: RMSC.COM | Oct 15 2022 04:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 41120046 | + | EDI: RMSC.COM | Oct 15 2022 04:43:00 | Synchrony Bank (Bankruptcy Dept), PO Box 965060, Orlando, FL 32896-5060 |
| 41120047 | + | EDI: RMSC.COM | Oct 15 2022 04:43:00 | Synchrony Bank (Bankruptcy Dept.), Attn Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 41120048 | ^ | MEBN | Oct 15 2022 00:38:35 | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41131821 |  | Hovanes Tonoyan, 72 Shalva Nutsubidze St #13, T'bilisi, Tbilisi, GA |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| 41120240 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41120241 | *+ | Araik Tonoyan, c/o Hovanes Tonoyan, 3144 Mesa Verde Dr., Burbank, CA 91504-1635 |
| 41120242 | *+ | Capital One Bank USA, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 41120243 | *+ | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 41120244 | *+ | Comenity Capital Bank (BK Dept), P.O. Box 182125, Columbus, OH 43218-2125 |
| 41120246 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, P.O. Box 15316, Attn.: CMS/Prod. Develop., Wilmington, DE 19850 |
| 41120245 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Department Store National Bank, PO BOX 8218, Mason, OH 45040 |
| 41120247 | *+ | Equifax, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 41120248 | *+ | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 41120249 | *+ | Franchise Tax Board, Bankruptcy Section MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41120250 | *+ | Hunt & Henriques, Attn: Bankruptcy Legal Dept., 151 Bernal Rd. Suite 8, San Jose, CA 95119-1306 |
| 41120251 | *+ | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41120252 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 41120253 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 41120254 | *+ | Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030-5475 |
| 41120255 | *+ | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 41120256 | *+ | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 41120258 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41120257 | *+ | Patenaude Felix APC, Attn: Bankruptcy Legal Dept., 4545 Murphy Canyon Rd. 3rd Floor, San Diego, CA 92123-4363 |
| 41120259 | *+ | Syncb/PayPal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 41120260 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0973-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: ntcpdiv | Total Noticed: 27 |

| | | |
|---|---|---|
| 41120261 | *+ | Synchrony Bank (Bankruptcy Dept), PO Box 965060, Orlando, FL 32896-5060 |
| 41120262 | *+ | Synchrony Bank (Bankruptcy Dept.), Attn Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 41120263 | *+ | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |
| 41120026 | ##+ | Araik Tonoyan, c/o Hovanes Tonoyan, 3144 Mesa Verde Dr., Burbank, CA 91504-1635 |
| 41120035 | ##+ | Hunt & Henriques, Attn: Bankruptcy Legal Dept., 151 Bernal Rd. Suite 8, San Jose, CA 95119-1306 |
| 41120042 | ##+ | Patenaude Felix APC, Attn: Bankruptcy Legal Dept., 4545 Murphy Canyon Rd. 3rd Floor, San Diego, CA 92123-4363 |

TOTAL: 1 Undeliverable, 25 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2022　　　　　　　　　Signature:　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Defendant Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| Sevan Gorginian | on behalf of Debtor Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 4

## United States Bankruptcy Court
## Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Lusine Cristine Dokuzyan
**SSN:** xxx−xx−9313
**EIN:** N/A

7635 Bluebell Ave.
North Hollywood, CA 91605

**BANKRUPTCY NO.** 1:22−bk−10283−MB
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before January 17, 2023**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: October 14, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**35 / AG**