United States Bankruptcy Court

Central District of California

In re:  Case No. 22-10283-MB

Lusine Cristine Dokuzyan  Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1   User: admin   Page 1 of 3
Date Rcvd: Jun 20, 2023   Form ID: 318a   Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002 |
| cr | + | Hovanes John Tonoyan, PO Box 3047, North Hollywood, CA 91609 |
| 41120026 | + | Araik Tonoyan, c/o Hovanes Tonoyan, 3144 Mesa Verde Dr., Burbank, CA 91504-1635 |
| 41402018 | + | Hovanes John Tonoyan, PO Box 3074, Glendale, CA 91221-0074 |
| 41120039 | ++ | SCOTT&ASSOCIATES, 1445 HUNTINGTON DRIVE, SOUTH PASADENA CA 91030-4553 address filed with court:, Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 21 2023 10:52:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 21 2023 14:53:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |
| 41131820 | + | Email/Text: backoffice@affirm.com | Jun 21 2023 14:54:00 | Affirm Loan Services LLC, 650 California St., 12th Flr, San Francisco, CA 94108-2716 |
| 41120025 | + | Email/PDF: bncnotices@becket-lee.com | Jun 21 2023 14:59:41 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41333167 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2023 14:59:46 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41131819 | | Email/Text: jcarlick@crossriver.com | Jun 21 2023 14:54:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 41120027 | + | EDI: CAPITALONE.COM | Jun 21 2023 10:52:00 | Capital One Bank USA, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 41334683 | | EDI: CAPITALONE.COM | Jun 21 2023 10:52:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41317308 | | EDI: CITICORP.COM | Jun 21 2023 10:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 41120028 | + | EDI: CITICORP.COM | Jun 21 2023 10:52:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 41120029 | + | EDI: WFNNB.COM | Jun 21 2023 10:52:00 | Comenity Capital Bank (BK Dept), P.O. Box 182125, Columbus, OH 43218-2125 |
| 41120031 | | EDI: DISCOVER.COM | Jun 21 2023 10:52:00 | Discover Bank, P.O. Box 15316, Attn.: CMS/Prod. |

Case 1:22-bk-10283-MB    Doc 49    Filed 06/22/23    Entered 06/22/23 21:26:52    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: 318a | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Develop., Wilmington, DE 19850 |
| 41120030 | + | EDI: CITICORP.COM | Jun 21 2023 10:52:00 | Department Store National Bank, PO BOX 8218, Mason, OH 45040 |
| 41324622 | | EDI: DISCOVER.COM | Jun 21 2023 10:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41120032 | | Email/Text: bankruptcycourts@equifax.com | Jun 21 2023 14:54:00 | Equifax, P.O. Box 740256, Atlanta, GA 30374 |
| 41120033 | ^ | MEBN | Jun 21 2023 14:48:39 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 41120034 | + | EDI: CALTAX.COM | Jun 21 2023 10:58:00 | Franchise Tax Board, Bankruptcy Section MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41120036 | + | EDI: IRS.COM | Jun 21 2023 10:52:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41401540 | | EDI: JEFFERSONCAP.COM | Jun 21 2023 10:58:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 41120037 | | EDI: JPMORGANCHASE | Jun 21 2023 10:52:00 | JPMCB Card Services, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 41120038 | | EDI: JPMORGANCHASE | Jun 21 2023 10:52:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 41328378 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 21 2023 14:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41120040 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2023 14:54:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 41120041 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2023 14:54:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 41120043 | | EDI: PRA.COM | Jun 21 2023 10:52:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41120039 | | Email/Text: CAFilings@Scott-pc.com | Jun 21 2023 14:54:00 | Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030 |
| 41120044 | + | EDI: RMSC.COM | Jun 21 2023 10:52:00 | Syncb/PayPal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 41120045 | + | EDI: RMSC.COM | Jun 21 2023 10:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 41120046 | + | EDI: RMSC.COM | Jun 21 2023 10:52:00 | Synchrony Bank (Bankruptcy Dept), PO Box 965060, Orlando, FL 32896-5060 |
| 41120047 | + | EDI: RMSC.COM | Jun 21 2023 10:52:00 | Synchrony Bank (Bankruptcy Dept.), Attn Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 41120048 | ^ | MEBN | Jun 21 2023 14:48:47 | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41131821 | | Hovanes Tonoyan, 72 Shalva Nutsubidze St #13, T'bilisi, Tbilisi, GA |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| 41120240 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41120241 | *+ | Araik Tonoyan, c/o Hovanes Tonoyan, 3144 Mesa Verde Dr., Burbank, CA 91504-1635 |

| | | |
|---|---|---|
| 41120242 | *+ | Capital One Bank USA, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 41120243 | *+ | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 41120244 | *+ | Comenity Capital Bank (BK Dept), P.O. Box 182125, Columbus, OH 43218-2125 |
| 41120246 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, P.O. Box 15316, Attn.: CMS/Prod. Develop., Wilmington, DE 19850 |
| 41120245 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Store National Bank, PO BOX 8218, Mason, OH 45040 |
| 41120247 | *P++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309, address filed with court:, Equifax, P.O. Box 740256, Atlanta, GA 30374 |
| 41120248 | *+ | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 41120249 | *+ | Franchise Tax Board, Bankruptcy Section MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41120250 | *+ | Hunt & Henriques, Attn: Bankruptcy Legal Dept., 151 Bernal Rd. Suite 8, San Jose, CA 95119-1306 |
| 41120251 | *+ | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41120252 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 41120253 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 41120255 | *+ | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 41120256 | *+ | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 41120258 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41120257 | *+ | Patenaude Felix APC, Attn: Bankruptcy Legal Dept., 4545 Murphy Canyon Rd. 3rd Floor, San Diego, CA 92123-4363 |
| 41120254 | *P++ | SCOTT&ASSOCIATES, 1445 HUNTINGTON DRIVE, SOUTH PASADENA CA 91030-4553, address filed with court:, Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030 |
| 41120259 | *+ | Syncb/PayPal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 41120260 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 41120261 | *+ | Synchrony Bank (Bankruptcy Dept), PO Box 965060, Orlando, FL 32896-5060 |
| 41120262 | *+ | Synchrony Bank (Bankruptcy Dept.), Attn Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 41120263 | *+ | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |
| 41120035 | ##+ | Hunt & Henriques, Attn: Bankruptcy Legal Dept., 151 Bernal Rd. Suite 8, San Jose, CA 95119-1306 |
| 41120042 | ##+ | Patenaude Felix APC, Attn: Bankruptcy Legal Dept., 4545 Murphy Canyon Rd. 3rd Floor, San Diego, CA 92123-4363 |

TOTAL: 1 Undeliverable, 25 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Debtor Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lusine Cristine Dokuzyan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9313<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 1:22-bk-10283-MB | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lusine Cristine Dokuzyan

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/20/23

**Dated:** 6/20/23

**By the court:** Martin R. Barash
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

48/AUTU

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**