United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 22-10283-MB |
| Lusine Cristine Dokuzyan | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 26, 2023 | Form ID: pdf001 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002 |
| cr | + | Hovanes John Tonoyan, PO Box 3047, North Hollywood, CA 91609 |
| 41120026 | + | Araik Tonoyan, c/o Hovanes Tonoyan, 3144 Mesa Verde Dr., Burbank, CA 91504-1635 |
| 41402018 | + | Hovanes John Tonoyan, PO Box 3074, Glendale, CA 91221-0074 |
| 41120039 | ++ | SCOTT&ASSOCIATES, 1445 HUNTINGTON DRIVE, SOUTH PASADENA CA 91030-4553 address filed with court:, Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Jun 27 2023 01:12:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P. O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 27 2023 01:11:00 | Los Angeles City Clerk, P. O. Box 53200, Los Angeles, CA 90053-0200 |
| 41131820 | + | Email/Text: backoffice@affirm.com | Jun 27 2023 01:13:00 | Affirm Loan Services LLC, 650 California St., 12th Flr, San Francisco, CA 94108-2716 |
| 41120025 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2023 01:34:21 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41333167 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2023 01:34:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 41131819 | | Email/Text: jcarlick@crossriver.com | Jun 27 2023 01:12:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666 |
| 41120027 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2023 01:22:54 | Capital One Bank USA, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 41334683 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2023 01:23:43 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 41317308 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 01:34:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 41120028 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 01:34:29 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 41120029 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2023 01:12:00 | Comenity Capital Bank (BK Dept), P.O. Box 182125, Columbus, OH 43218-2125 |
| 41120031 | | Email/Text: mrdiscen@discover.com | Jun 27 2023 01:11:00 | Discover Bank, P.O. Box 15316, Attn.: CMS/Prod. |

Case 1:22-bk-10283-MB   Doc 53   Filed 06/28/23   Entered 06/28/23 21:25:51   Desc
Imaged Certificate of Notice   Page 2 of 9

| District/off: 0973-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: pdf001 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Develop., Wilmington, DE 19850 |
| 41120030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2023 01:34:32 | Department Store National Bank, PO BOX 8218, Mason, OH 45040 |
| 41324622 | | Email/Text: mrdiscen@discover.com | Jun 27 2023 01:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 41120032 | | Email/Text: bankruptcycourts@equifax.com | Jun 27 2023 01:12:00 | Equifax, P.O. Box 740256, Atlanta, GA 30374 |
| 41120033 | ^ | MEBN | Jun 27 2023 01:09:21 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 41120034 | + | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 27 2023 01:13:00 | Franchise Tax Board, Bankruptcy Section MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41120036 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 27 2023 01:12:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41401540 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2023 01:12:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 41120037 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2023 01:34:32 | JPMCB Card Services, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 41120038 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2023 01:22:54 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 41328378 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 27 2023 01:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 41120040 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2023 01:12:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 41120041 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2023 01:12:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 41120043 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2023 01:24:03 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41120039 | | Email/Text: CAFilings@Scott-pc.com | Jun 27 2023 01:12:00 | Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030 |
| 41120044 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 01:34:17 | Syncb/PayPal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 41120045 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 01:34:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 41120046 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 01:34:20 | Synchrony Bank (Bankruptcy Dept), PO Box 965060, Orlando, FL 32896-5060 |
| 41120047 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 27 2023 01:34:25 | Synchrony Bank (Bankruptcy Dept.), Attn Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 41120048 | ^ | MEBN | Jun 27 2023 01:09:40 | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41131821 | | Hovanes Tonoyan, 72 Shalva Nutsubidze St #13, T'bilisi, Tbilisi, GA |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P. O. Box 2952, Sacramento, CA 95812-2952 |
| 41120240 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 41120241 | *+ | Araik Tonoyan, c/o Hovanes Tonoyan, 3144 Mesa Verde Dr., Burbank, CA 91504-1635 |

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 26, 2023 | Form ID: pdf001 | Total Noticed: 35 |

| | | |
|---|---|---|
| 41120242 | *+ | Capital One Bank USA, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 41120243 | *+ | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 41120244 | *+ | Comenity Capital Bank (BK Dept), P.O. Box 182125, Columbus, OH 43218-2125 |
| 41120246 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, P.O. Box 15316, Attn.: CMS/Prod. Develop., Wilmington, DE 19850 |
| 41120245 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Department Store National Bank, PO BOX 8218, Mason, OH 45040 |
| 41120247 | *P++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309, address filed with court:, Equifax, P.O. Box 740256, Atlanta, GA 30374 |
| 41120248 | *+ | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 41120249 | *+ | Franchise Tax Board, Bankruptcy Section MS A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41120250 | *+ | Hunt & Henriques, Attn: Bankruptcy Legal Dept., 151 Bernal Rd. Suite 8, San Jose, CA 95119-1306 |
| 41120251 | *+ | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 41120252 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, 301 N. Walnut St., Floor 09, Wilmington, DE 19801 |
| 41120253 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 41120255 | *+ | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 41120256 | *+ | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 41120258 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 41120257 | *+ | Patenaude Felix APC, Attn: Bankruptcy Legal Dept., 4545 Murphy Canyon Rd. 3rd Floor, San Diego, CA 92123-4363 |
| 41120254 | *P++ | SCOTT&ASSOCIATES, 1445 HUNTINGTON DRIVE, SOUTH PASADENA CA 91030-4553, address filed with court:, Law Office of Harris & Zide, Attn: Bankruptcy Legal Dept., 1445 Huntington Dr. # 300, South Pasadena, CA 91030 |
| 41120259 | *+ | Syncb/PayPal Credit, P.O. Box 965005, Orlando, FL 32896-5005 |
| 41120260 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 41120261 | *+ | Synchrony Bank (Bankruptcy Dept), PO Box 965060, Orlando, FL 32896-5060 |
| 41120262 | *+ | Synchrony Bank (Bankruptcy Dept.), Attn Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 41120263 | *+ | TransUnion, P.O. Box 2000, Chester, PA 19016-2000 |
| 41120035 | ##+ | Hunt & Henriques, Attn: Bankruptcy Legal Dept., 151 Bernal Rd. Suite 8, San Jose, CA 95119-1306 |
| 41120042 | ##+ | Patenaude Felix APC, Attn: Bankruptcy Legal Dept., 4545 Murphy Canyon Rd. 3rd Floor, San Diego, CA 92123-4363 |

TOTAL: 1 Undeliverable, 25 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 28, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Debtor Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:    Lusine Cristine Dokuzyan | § Case No. 1:22-bk-10283-MB |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Amy L. Goldman, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
Kathleen Campbell
21041 Burbank Blvd.
Woodland Hills, CA  91367

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 a.m. on August 22, 2023 in Courtroom 303, 21041 Burbank Blvd., Woodland Hills, CA 91367-6603. Any person wishing to object to any fee application that has not been already approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed:  06/26/2023            By:    /s/ Amy L. Goldman
                                                      Chapter 7 Trustee

Amy L. Goldman
633 W. 5th Street, Suite 4000
Los Angeles, CA  90071

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re:    Lusine Cristine Dokuzyan    § Case No. 1:22-bk-10283-MB
§
§
Debtor(s)    §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 9,000.00 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of* [1] | $ | 9,000.00 |
| **Balance on hand:** | $ | 9,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

| | | |
|---|---|---:|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 9,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Amy L. Goldman | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - Amy L. Goldman, Chapter 7 Trustee | 6.77 | 0.00 | 6.77 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ | 1,656.77 |
| Remaining balance: | $ | 7,343.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |
|---|
| **NONE** |

| | | |
|---|---|---|
| Total to be paid for prior chapter administration expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,343.23 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,343.23 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,341.86 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.909 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank, N.A. | 1,548.57 | 0.00 | 401.23 |
| 2 | Discover Bank | 5,095.80 | 0.00 | 1,320.30 |
| 3 | JPMorgan Chase Bank, N.A. | 5,233.50 | 0.00 | 1,355.97 |
| 4 | American Express National Bank | 2,100.59 | 0.00 | 544.25 |
| 5 | Capital One N.A. | 563.40 | 0.00 | 145.97 |
| 6 | Jefferson Capital Systems LLC | 2,629.00 | 0.00 | 681.16 |
| 7 | Hovanes John Tonoyan | 11,171.00 | 0.00 | 2,894.35 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,343.23 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ Amy L. Goldman
                                  Chapter 7 Trustee

Amy L. Goldman
633 W. 5th Street, Suite 4000
Los Angeles, CA  90071

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Amy L. Goldman, Chapter 7 Trustee<br>633 W. 5th Street, Suite 4000<br>Los Angeles, CA  90071<br>(213) 250-1800<br>Marisol.Jaramillo@Lewisbrisbois.com<br><br>☐ *Attorney for Movant*<br>☒ *Movant appearing without an attorney* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Lusine Cristine Dokuzyan<br><br>      Debtor(s) | CASE NO.: 1:22-bk-10283-MB<br><br>CHAPTER:  7 |
|---|---|
| | **SUPPLEMENTAL NOTICE OF HEARING TO BE HELD REMOTELY USING ZOOMGOV AUDIO AND VIDEO** |
| | HEARING DATE: August 22, 2023<br>HEARING TIME: 11:00 a.m. |

**Movant:**  Chapter 7 Trustee

1. The Movant has filed the following written notice or other pleading ("Notice") advising of a hearing to be held in the above-captioned case, on the date and time indicated above, before the Honorable Martin R. Barash, United States Bankruptcy Judge *(insert name of pleading and, if available, docket number):*

> **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

2. Notwithstanding any language in the Notice advising or suggesting that the hearing will be held physically in one of the Court's courtrooms, **please be advised that due to the COVID-19 pandemic, the Court will conduct the hearing remotely, using ZoomGov audio and video technology**. Individuals will not be permitted access to the courtroom. Information on how to participate in the hearing remotely using ZoomGov is provided on the following page of this notice.

3. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge.

4. Individuals may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).  The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet.  Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

5. Individuals also may connect to the hearing by telephone only, using the telephone number provided below.  Individuals connecting in this manner also will be prompted for the Meeting ID and Password.

6. Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the hearing, and no pre-registration is required.

7. The audio portion of the hearing will be recorded electronically by the Court and constitute its official record.

8. All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

9. The following is the unique ZoomGov connection information for the above-referenced hearing:

    Meeting URL:    https://cacb.zoomgov.com/j/1609911508
    Meeting ID:     160 991 1508
    Password:       078293
    Telephone:      1 (669) 254 5252 or 1 (646) 828 7666

10. More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address:  https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants.

Date: June 26, 2023

_____
Printed name of law firm (if applicable)

/s/ Amy L. Goldman, Chapter 7 Trustee
_____
Printed name of individual Movant or attorney for Movant