FormCACB (hrgcntot – van221z)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF RESCHEDULED/CONTINUED HEARING

**DEBTOR(S) INFORMATION:**
Lusine Cristine Dokuzyan

**BANKRUPTCY NO.** 1:22–bk–10283–MB
**CHAPTER** 7

**SSN:** xxx–xx–9313
**EIN:** N/A

7635 Bluebell Ave.
North Hollywood, CA 91605

**NOTICE IS HEREBY GIVEN** that the hearing regarding: Trustee's final report and hearing on applications for compensation.

Is hereby rescheduled/continued.

**Current hearing date:**
  **Date:**           8/22/23
  **Time:**           11:00 am
  **Hearing Judge:**  Martin R. Barash

**New hearing date:**
  **Date:**           8/24/23
  **Time:**           11:00 am
  **Hearing Judge:**  Martin R. Barash

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

  **Videoconference URL:** https://cacb.zoomgov.com/j/1609911508
  **Meeting ID:**          160 991 1508
  **Password:**            078293

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

  **Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
  **Meeting ID:**               160 991 1508
  **Password:**                 078293

Dated: August 1, 2023

FOR THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgcntot – van221z v. 12/2021))

**54 – 51 / JC**