United States Bankruptcy Court

Central District of California

In re:  Case No. 22-10283-MB

Lusine Cristine Dokuzyan  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 01, 2023 | Form ID: van221z | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

**Recip ID      Recipient Name and Address**
db              + Lusine Cristine Dokuzyan, 7635 Bluebell Ave., North Hollywood, CA 91605-2002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L Goldman (TR) | marisol.jaramillo@lewisbrisbois.com  AGoldman@iq7technology.com;ecf.alert+Goldman@titlexi.com |
| Sevan Gorginian | on behalf of Debtor Lusine Cristine Dokuzyan sevan@gorginianlaw.com 2486@notices.nextchapterbk.com;ani@gorginianlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 3

FormCACB (hrgcntot – van221z)
(v. 12/2021)

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367–6603**

## NOTICE OF RESCHEDULED/CONTINUED HEARING

**DEBTOR(S) INFORMATION:**
Lusine Cristine Dokuzyan

**BANKRUPTCY NO.** 1:22-bk-10283-MB
**CHAPTER** 7

**SSN:** xxx–xx–9313
**EIN:** N/A

7635 Bluebell Ave.
North Hollywood, CA 91605

**NOTICE IS HEREBY GIVEN** that the hearing regarding: Trustee's final report and hearing on applications for compensation.

Is hereby rescheduled/continued.

**Current hearing date:**
- **Date:** 8/22/23
- **Time:** 11:00 am
- **Hearing Judge:** Martin R. Barash

**New hearing date:**
- **Date:** 8/24/23
- **Time:** 11:00 am
- **Hearing Judge:** Martin R. Barash

You will not be permitted to be physically present in the courtroom. You may connect to the videoconference by entering the Videoconference URL shown below into an internet browser on a computer, tablet or smartphone, and entering the meeting ID and password, when prompted:

- **Videoconference URL:** https://cacb.zoomgov.com/j/1609911508
- **Meeting ID:** 160 991 1508
- **Password:** 078293

If you are unable to send and receive audio or video through your computer or other device, or do not have a computer or smartphone, you may appear by telephone by dialing the following number and entering the following conference information:

- **Audioconference Tel. No.:** 1 (669) 254 5252 or 1 (646) 828 7666
- **Meeting ID:** 160 991 1508
- **Password:** 078293

Dated: August 1, 2023

FOR THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(FormCACB (hrgcntot – van221z v. 12/2021))

**54 – 51 / JC**