| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Hovanes John Tonoyan<br>PO BOX 3074<br>Glendale, CA 91221<br><br>818 281 7473<br><br>hoviktonoyan@gmail.com<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Lusine Cristine Dokuzyan<br><br>Debtor(s). | CASE NO.: 1:22-bk-10283-MB<br>CHAPTER: 7<br>ADVERSARY NO.: 122ap01028MB |
|---|---|
| Hovanes John Tonoyan<br><br>Plaintiff(s),<br>vs.<br>Lusine Cristine Dokuzyan<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): _____<br>STIPULATION OF DISMISSAL<br>UNDER FRCP 41(A)(1)(ii) and PROPOSED ORDER OF DISMISSAL |

PLEASE TAKE NOTE that the order or judgment titled **PROPOSED ORDER OF DISMISSAL (docket #44)**

was lodged on (*date*) __06/09/2023__ and is attached. This order relates to the motion which is docket number 42 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012     Page 1     F 9021-1.2.ADV.NOTICE.LODGMENT